UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    THOMAS J. LEFEVRE,

        Debtor(s),
_____/

BCJJ, LLC,

        Plaintiff(s),
vs.

    THOMAS J. LEFEVRE,

        Defendant(s).
_____/

Case No. 10-48026-wsd
Chapter 7
Hon. Walter Shapero

Adv. Pro. No. 10-05973

**CERTIFICATE OF MEDIATOR**

Scott A. Wolfson, the Court-appointed mediator in the above adversary proceeding, certifies that (A) the parties complied with the mediation requirements of L.B.R. 7016-2, and (B) a settlement was not achieved.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: September 30, 2014

By: /s/ Scott A. Wolfson
Scott A. Wolfson (P53194)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7103
Facsimile: (248) 247-7099
E-Mail: swolfson@wolfsonbolton.com