## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THOMAS J. LEFEVRE, | ) | **CASE NO. 10-48026** |
| | ) | **CHAPTER 7** |
| Debtor. | ) | |
| | ) | |
| BCJJ, LLC, | ) | **ADV. CASE NO.: 10-05973** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS J. LEFEVRE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF BCJJ, LLC AND THOMAS J. LEFEVRE FOR ENTRY OF JUDGMENT OF CONSENT

Plaintiff BCJJ, LLC ("BCJJ") and Defendant Thomas J. LeFevre ("Lefevre") stipulate to the entry of a Consent Judgment, and respectfully state as follows:

NOW THEREFORE, in consideration of the mutual agreements herein contained, the parties agree as follows:

1. Lefevre may settle this judgment by paying a total of thirty-five thousand dollars ($35,000.00) to BCJJ which may be paid in installments as follows:

    a. The initial payment of five thousand dollars ($5,000.00) shall be due within six (6) months from the date the Consent Judgment is entered ( the "Initial Payment Date").

b. Each subsequent payment shall be made once each year on the anniversary of the Initial Payment Date or before and shall total ten thousand dollars ($10,000.00).

c. Payments will be continued to be made until the settlement amount of thirty-five thousand dollars ($35,000.00) is satisfied.

d. Payments shall be remitted via cash, money order or certified funds to: BCJJ, LLC c/o David G. Dragich, Harrington Dragich PLLC, 21043 Mack Avenue, Grosse Pointe Woods, Michigan 48236.

2. BCJJ shall file a Satisfaction of Judgment with this Court upon the receipt of the final payment.

3. Enforcement of this judgment shall be stayed so long as Lefevre's installments set forth above are not in default. Should any installment due hereunder not be received by BCJJ on or before its respective due date, Lefevre shall be deemed in default. However, Lefevre may cure such default if payment is received by BCJJ within seven (7) calendar days from service by BCJJ of notice of such default. Notice of default shall be in writing, identify the payment that is in default, and be served upon Lefevre's counsel via both email to miked@mikedlaw.com and fax transmission to (586) 465-9133.

4. Should any default not be timely cured as set forth above, then, at BCJJ's option, the full judgment balance of three hundred thousand ($300,000.00) shall be accelerated and immediately due and payable less any payments made. BCJJ shall have enforcement thereon upon the filing of an affidavit of noncompliance.

5	The Parties stipulate to the entry of the attached Consent Judgment hereto as **Exhibit A**.

IN WITNESS THEREOF, the Parties have executed this stipulation as of the 27th day of January, 2015.

| | |
|---|---|
| HARRINGTON DRAGICH PLLC | MIKE DILAURA & ASSOCIATES PC |
| /s/David G.Dragich<br>David G. Dragich (P63234)<br>Amanda C. Vintevoghel (P76567)<br>21043 Mack Avenue<br>Grosse Pointe Woods, MI 48236<br>Phone: (313) 886-4550<br>Facsimile: (313) 221-9612<br>jharrington@harringtondragich.com | /s/ Michael P. DiLaura<br>Michael P. DiLaura (P63958)<br>105 Cass Avenue<br>Mount Clemens, MI 48043<br>Phone: 586-468-5600<br>Facsimile: 586-465-9113<br>miked@mikedlaw.com |
| Counsel for BCJJ, LLC | Counsel for Thomas LeFevre |